STATE FARM FIRE & CASUALTY COMPANY, as Subrogee of Carol D. Robinson, Respondent, v GRIFFITH ENERGY, INC., Appellant. [890 NYS2d 848]—

Present—Hurlbutt, J.P., Smith, Fahey and Carni, JJ.